AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

FILED ____ LODGED
RECEIVED
OCT 05 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| 7818 NE 91st Ave, Vancouver, WA 98662 (SUBJECT PREMISES) | ) ) ) |

Case No.   MJ18 - 5224

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The Subject Premises as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

located in the _____ Western _____ District of _____ Washington _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C Section 641 | Theft of Public Funds |
| Title 18 U.S.C. Section 1542 | False Statement in Application and Use of Passport |
| Title 18 U.S.C. Section 1028A | Aggravated Identity Theft |
| Title 18 U.S.C Section 1029(a)(2) | Access Device Fraud |
| Title 42 U.S.C. Section 408(a)(7)(B) | Social Security Number Misuse |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Christopher S. Jones, SSA-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/5/18

_____
*Judge's signature*

City and state:  Tacoma, Washington

J. RICHARD CREATURA, U.S. MAGISTRATE JUDGE
*Printed name and title*

2018R00888

## ATTACHMENT A

## LOCATION TO BE SEARCHED – "SUBJECT PREMISES"

7818 NE 91st Ave, Vancouver, WA 98662 is a two-story, four-bedroom single family home located within Clark County, WA. The residence is located on the west side of NE 91st Ave inside a suburban neighborhood with multiple other single family homes located nearby. The residence is more particularly described as olive green in color with white and orange trim. There is a front entry door with a porch and steps leading up to the entrance from the driveway. The home has a two-car garage that faces NE 91st Ave, with the numbers "7818" prominently displayed vertically in dark-colored numbers on the left trim of the garage door.



**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The following records, documents, files or materials, in whatever form that constitute evidence, instrumentalities, or fruits of violations of Theft of Public Funds in violation of 18 U.S.C. § 641; False Statement in Application and Use of Passport in violation of 18 U.S.C. § 1542; Social Security Number Misuse in violation of 42 U.S.C. § 408(a)(7)(B); Access Device Fraud in violation of 18 U.S.C. § 1029(a)(2) and; Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1).

1. Any identification documents, financial records, or other documents in the names "Tod Mitchell Thomas", "Edward Thomas Lewis", "William Smith", "Stephen Lewis", "Michael Roth", "Tim Drulard", and "Glenn Cooke" or any other aliases or identities not known to law enforcement at this time, but that based under the totality of the circumstances, are believed to be used by the subject known as "Steven Lynn Ross".

2. All gold, silver, coin, and currency.

3. All documentation concerning any transactions involving gold, silver, or coin, including the exchange of cash, check, wire, or monetary instrument for gold, silver, or coin.

4. HP Presario CQ60 Laptop Computer with S/N: 2CE91250S3

5. Lenovo H420 Tower Computer with S/N: ES07845417

6. Any computer hardware and storage media, including internal or external hard disk drive(s), USB thumb drives, floppy diskettes, compact disks, scanners, printers, other computer/electronic hardware or software and related manuals; any other electronic storage devices; and any other media or materials necessary to assist in accessing the stored electronic data.

1 | **AFFIDAVIT**

2 | STATE OF WASHINGTON )

3 |                               )      ss
    COUNTY OF PIERCE         )

4

5 |       I, CHRISTOPHER S. JONES, been duly sworn, hereby state as follows:

6 | **INTRODUCTION**

7 |      1.      I am a Special Agent with the Social Security Administration, Office of the

8 | Inspector General ("SSA-OIG"), assigned to the Seattle, Washington Field Office, and have

9 | been so since 2014. I am a graduate of the Criminal Investigator Training Program and

10 | Inspector General Investigator Training Program at the Federal Law Enforcement Training

11 | Center and have received regular training in the enforcement of law of the United States,

12 | including the preparation, presentation, and service of criminal complaints, arrest, and search

13 | warrants. As a SSA-OIG Special Agent, my duties include investigating fraud, waste, and

14 | abuse related to the Social Security Administration ("SSA") and its programs. During my

15 | tenure as a Special Agent, I have conducted numerous investigations of criminal activity

16 | including identity theft, government benefit fraud, disability fraud, bank fraud, wire fraud,

17 | and other fraud or financial crimes.

18 |      2.      The information contained in this Affidavit is based on my own personal

19 | knowledge and observations, as well as information conveyed to me by other law

20 | enforcement officers; on my review of documents and records related to this investigation;

21 | and information gained through my training and experience. Because this Affidavit is

22 | submitted for the limited purpose of establishing probable cause in support of the application

23 | for a search warrant, it does not set forth every fact that I or others have learned during the

24 | course of this investigation.

25 | **PURPOSE OF AFFIDAVIT**

26 |      3.      Based on the evidence set forth in this Affidavit, I submit that probable cause

27 | exists to search the premises specified below for evidence, fruits, and instrumentalities of the

28 | following crimes: Theft of Public Funds in violation of 18 U.S.C. § 641; False Statement in

Affidavit of Special Agent Christopher S. Jones - 1
USAO# 2018R00888

1  Application and Use of Passport in violation of 18 U.S.C. § 1542; Social Security Number

2  Misuse in violation of 42 U.S.C. § 408(a)(7)(B); Access Device Fraud in violation of 18

3  U.S.C. § 1029(a)(2) and; Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1).

4         4.      This Affidavit is being submitted in support of applications for warrants

5  authorizing the search of the residence of STEVEN LYNN ROSS ("ROSS") located at 7818

6  91st Ave NE Vancouver, WA 98662 ("SUBJECT PREMISES"). ROSS is the current

7  property owner and has owned the home since 2009. ROSS was arrested at this address by

8  federal law enforcement on October 3, 2018, and no other occupants are believed to reside

9  there.

10        5.      A further detailed description of the SUBJECT PREMISES is listed in

11 Attachment A of this Affidavit. The items to be searched for and seized are listed in

12 Attachment B of this Affidavit.

13        6.      This is the second search warrant requesting a search of the SUBJECT

14 PREMISES. The first search warrant was executed on October 3, 2018, and a second search

15 warrant of the SUBJECT PREMISES is requested to seize additional items lawfully

16 discovered during the previous search, but not included on the previous search warrant.

17                        **SUMMARY OF THE INVESTIGATION**

18        7.      The SSA-OIG initiated a criminal investigation on July 5, 2018, based on

19 information it learned from the Washington State Department of Licensing, License Integrity

20 Unit ("DOL/LIU") that ROSS was suspected of having applied for, and received, WA

21 driver's licenses in at least two other identities: Tod Mitchell Thomas ("T.M.T.") and

22 Edward Thomas Lewis ("E.T.L.").

23        8.      The subsequent investigation by the SSA-OIG and United States Department

24 of State, Diplomatic Security Service ("DSS") determined that the true T.M.T. and E.T.L.

25 died as children in the 1950s/1960s and that, beginning in approximately 1987, ROSS stole

26 and assumed their identities to fraudulently obtain and use Social Security Numbers

27 ("SSN"), US passports, multiple state driver's licenses, and open multiple bank/credit

28 accounts in the identities of T.M.T. and E.T.L.

Affidavit of Special Agent Christopher S. Jones - 2
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    9.    Beginning in 1998, ROSS began working under the identity of T.M.T. In 2001,

2    ROSS applied for, and began receiving, SSA Title II Disability Insurance Benefits

3    ("disability benefits") in his true identity while continuing to work under the T.M.T. identity

4    until 2013. As a result of ROSS's actions, the SSA was defrauded out of roughly $366,000.

5    10.    Furthermore, for at least a period of one-year, between July 2017 and June

6    2018, ROSS conducted approximately 11 ATM withdrawal transactions within the Western

7    District of Washington, exceeding a total of $1,000, using an associated debit card to access

8    a bank account opened in the T.M.T. identity.

9    11.    To date, ROSS is still actively maintaining and using the victim identities to

10   apply for state identification cards and to open/use multiple bank and credit accounts.

11   **STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE**

12   12.    ROSS is a United States ("US") citizen born on September 21, 1951, in

13   Logansport, Indiana and is a current resident of Vancouver, Washington ("WA"). ROSS is

14   presently retired from employment and receives SSA Retirement Insurance Benefits

15   ("retirement benefits"). ROSS is a veteran and served in the US Air Force from 1972 to

16   1974.

17   **A. Washington State Department of Licensing Investigation**

18   13.    DOL/LIU first investigated ROSS in December 2009 after the Clark County,

19   WA Sheriff's Office ("CCSO") reportedly arrested ROSS on December 18, 2009, at a

20   KeyBank branch in Vancouver, WA after he presented a legitimate WA Driver License in

21   the identity of E.T.L. with an altered expiration date.

22   14.    According to police reports, when ROSS was questioned by CCSO deputies,

23   he initially maintained he was E.T.L. and provided a Chase Bank debit card and altered

24   Department of Veterans Affairs card in the E.T.L. name. Ultimately, ROSS admitted his true

25   identity was actually "STEVEN LYNN ROSS" and explained to the deputies he ordered a

26   birth certificate online in order to obtain the WA driver's license in the E.T.L. identity.

27   15.    ROSS told CCSO deputies he made up a SSN and used it to open the KeyBank

28   account in the E.T.L. name adding, *"I don't trust the government and I wanted to protect my*

Affidavit of Special Agent Christopher S. Jones - 3
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  *money. I setup a bank account under [E.T.L.] so the money would be safe."* ROSS was
2  subsequently arrested on charges of forgery and false statement to a public official. For
3  unknown reasons, the case was never prosecuted in Clark County courts and there is no
4  arrest record in the Washington Crime Information Center ("WACIC") or National Crime
5  Information Center ("NCIC") for this incident.

6        16.    The 2009 DOL/LIU investigation determined that ROSS made false statements
7  in an application for a driver's license under the E.T.L. identity. ROSS was unresponsive to
8  WA Department of Licensing ("WA DOL") hearing and interview requests related to the
9  investigation and his driver license was suspended in March 2010 for a period of one year.
10  No criminal charges were filed by WA DOL or state/local law enforcement agencies related
11  to ROSS's fraudulent application and use of the E.T.L. driver's license and the E.T.L. card
12  was cancelled by WA DOL.

13        17.    On June 24, 2013, ROSS was arrested by the Cincinnati, Ohio Police
14  Department for misdemeanor theft and provided the officers with a WA driver's license in
15  the name of T.M.T. whereupon he was subsequently booked into jail as T.M.T. I have
16  reviewed the booking photo of this arrest and confirmed ROSS was the individual arrested
17  and charged as T.M.T. in this incident. ROSS was released on bail the following day and the
18  case was resolved in July 2013 as "continued without finding."

19        18.    On July 2, 2013, ROSS applied for a replacement WA driver's license in the
20  T.M.T. identity and stood for a photo during the application process. The photo for T.M.T.
21  was immediately flagged by WA DOL's facial recognition systems due to the face matching
22  ROSS's WA driver's license and the replacement card was not issued. Due to a DOL/LIU
23  investigative backlog, the facial recognition flag was not investigated until 2018, when SSA-
24  OIG was first contacted by DOL/LIU investigators about ROSS.

25        19.    I have reviewed WA DOL's records for ROSS, T.M.T., and E.T.L. driver
26  licenses, which show ROSS has applied for, and received, WA driver's licenses under all
27  three identities and in which he is pictured.

28

Affidavit of Special Agent Christopher S. Jones - 4
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1        20.    Beginning in 1987, ROSS was issued a WA driver's license in the identity

2   E.T.L. after presenting an Oregon instruction permit and birth certificate as proof of identity.

3   Replacement driver licenses were then issued by WA DOL for the E.T.L. identity in 1991,

4   1995, 1999, and 2003.

5        21.    Beginning in 1995, ROSS was issued a WA driver's license in the T.M.T.

6   identity after presenting a Social Security card and Oregon driver's license as proof of

7   identity. Replacement driver licenses were then issued by WA DOL for the T.M.T. identity

8   in 1999, 2003, and 2008.

9        22.    On the 2008 WA driver's license for the T.M.T. identity, an address of 8002

10  NE Hwy 99 #191, Vancouver, WA 98665 (the "MAILBOX") was provided, which is

11  actually a rental mailbox at a company, 'The Letter Box', located at the physical address. On

12  the 2013 WA driver's license for the T.M.T. identity, ROSS provided an address of 7818 NE

13  91st Ave, Vancouver, WA 98662 ("SUBJECT PREMISES"), which is believed to be

14  ROSS's current residence and is a home currently owned by ROSS under his true identity.

15  The SUBJECT PREMISES address is also the same address ROSS provided on a 2011 WA

16  driver's license application in his true identity.

17  **B. Death Records for T.M.T. and E.T.L.**

18      23.    I conducted public internet search queries and located possible grave markers

19  indicating that the true T.M.T. and E.T.L. died as children in Oregon several decades ago.

20      24.    Death certificates were then obtained from the Oregon ("OR") Health

21  Authority that confirmed the true T.M.T. and true E.T.L. are deceased: E.T.L. died in 1958 at

22  less than two (2) years old as a result of a car accident that occurred in Woodburn, OR.

23  T.M.T. died in 1968 on Green Peter Mountain, OR at the age of 13 years as a result of a

24  plane crash. A news article was reviewed which indicated his parents and siblings were also

25  killed in the crash.

26

27

28

Affidavit of Special Agent Christopher S. Jones - 5
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  **C.  SSN Applications for ROSS, T.M.T., and E.T.L.**

2      25.     I have reviewed SSA records for the identities of ROSS, T.M.T., and E.T.L.

3  and noted all three identities have an established SSN. The SSNs for T.M.T. and E.T.L. were

4  both established in 1987, decades after the death of the true individuals.

5      26.     A search of the SSA Death Master File found no record that T.M.T. and E.T.L.

6  have ever been reported to the SSA as deceased. Based on my training and experience, there

7  are generally no death entries for individuals who died several decades ago as children,

8  before they were assigned SSNs. In present day, children are typically assigned SSNs at birth

9  and their deaths are reported to the SSA.

10     27.     In April 1968, SSN X-3695 was applied for, established, and assigned to

11 ROSS referencing his true date of birth ("DOB") of XX/XX/1951, place of birth ("POB") as

12 Logansport, Indiana, and parents E.P. and W.R.

13     28.     In April 1987, a SSN application was submitted for T.M.T. referencing his true

14 DOB of XX/XX/1955, true POB of Tacoma, Washington, and true parents R.M. and J.T.

15 The SSN application shows the SSN was processed from the Portland, OR SSA office and a

16 birth certificate and unknown state driver's license was used for proof of identity. The

17 application was accepted and SSN X-9888 was established and assigned to T.M.T.

18     29.     In May 1987, a SSN application was submitted for E.T.L. referencing his true

19 DOB of XX/XX/1957, true POB of Los Angeles, California, and true parents A.S. and E.L.

20 The SSN application shows the SSN was processed from the Vancouver, WA SSA office

21 and a birth certificate and WA driver's license was used for proof of identity. The application

22 was accepted and SSN X-9576 was established and assigned to E.T.L.

23 **D.  US Passport Applications and International Travel for ROSS, T.M.T., and E.T.L.**

24     30.     In December 1982, ROSS was issued a US passport in his true identity with

25 replacement US passports issued in 1986, 1996, 2006, and 2016. On the October 2016

26 passport application, ROSS listed his address as the SUBJECT PREMISES. This passport is

27 still valid through November 2026.

28

Affidavit of Special Agent Christopher S. Jones - 6
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     31.    In April 1987, a US passport was issued for the T.M.T. identity. Replacement

2   US passports were issued in 1997 and 2007 referencing addresses in Vancouver, WA. On the

3   2007 passport application, the listed address was the MAILBOX. The passport for this

4   identity expired in July 2017.

5     32.    In June 1987, a US passport was issued for the E.T.L. identity. Replacement

6   US passports were issued in 1997 and 2008 referencing addresses in Vancouver, WA and

7   Seattle, WA.  On the 2008 passport application, the emergency contact address lists the

8   MAILBOX address (omitting box #191) in the emergency contact. The passport for this

9   identity expired in February 2018.

10     33.    I have reviewed the US passport photos for E.T.L, and T.M.T. which all

11   clearly show ROSS is the individual pictured.

12     34.    I have reviewed travel records provided by the Department of State, which

13   shows ROSS traveled under the T.M.T. passport to transit between the US and multiple

14   foreign countries. Since 1998, ROSS traveled to and from the US approximately 22 times

15   using the T.M.T. passport, with the last trip occurring in January 2011. During this same

16   time period, ROSS also regularly conducted foreign travel using his true identity and

17   associated passport.

18   **E. Reported Work Activity for ROSS and T.M.T.**

19     35.    The SSA receives reports of earnings for the US working population each year

20   from employers who generally provide to the SSA the worker's name, SSN, wages earned,

21   and taxes paid. Earnings are only applied to a worker's record if the name and SSN match

22   the SSA's record for the SSN number holder. This earnings data is then used to administer

23   the Social Security programs and is stored by the agency.

24     36.    I have reviewed the SSA earnings data, which show historical earnings activity

25   occurred under the ROSS and T.M.T. identities. There are no reported historical earnings for

26   the E.T.L. identity. SSA earnings records for ROSS show he engaged in consistent and

27   substantial work activity from 1968 through 1998, utilizing his true identity of ROSS and

28

Affidavit of Special Agent Christopher S. Jones - 7
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  SSN X-3695, for employers in the technology manufacturing field. After 1998, there are no
2  more reported earnings for ROSS.

3    37.    Beginning in 1998, earnings are first reported under the T.M.T. name and SSN
4  X-9888. From 1998 through 2013, there are substantial earnings under T.M.T. for employers
5  in the technology manufacturing field, including Astronics Corporation and Volt Information
6  Sciences, as well as self-employment earnings. After 2013, there are no more reported
7  earnings for the T.M.T. identity.

8    38.    I have reviewed employment records from Astronics Corporation and Volt
9  Information Sciences concerning the T.M.T. identity. The employment records from both
10 companies show employment for T.M.T. began in 2007 at Astronics Corporation and 2011 at
11 Volt Information Sciences.

12   39.    I have conducted a visual comparison of the T.M.T. signatures on the 2007 and
13 2011 employment applications and found they readily appear to match the signature on the
14 T.M.T. WA driver's licenses in which ROSS is pictured.

15   40.    A review of Astronics Corporation records shows T.M.T.'s 2007 emergency
16 contact information lists a J.W.R. of Reno, Nevada and describes him as his "brother-in-
17 law." Based on the emergency contact address and phone number provided, this individual
18 has been identified as ROSS's biological brother, J.W.R., who resides near Reno, Nevada.

19   41.    On a 2007 Astronics Corporation's employee application sheet, completed in
20 what appears to be ROSS's handwriting, for the position of Senior Principal Engineer, there
21 is a section that questions if the employee, T.M.T., is disabled and it is checked "No".

22 **F. Overview of the Social Security Disability Program**

23   42.    SSA disability benefits are provided to persons deemed disabled by the SSA
24 who have paid sufficient Federal Insurance Contribution Act ("FICA") taxes to become
25 eligible for monthly payments upon a finding that they meet all eligibility factors for
26 entitlement.

27   43.    An individual can receive SSA disability benefits if he/she is found to be
28 disabled within the meaning of Social Security Law and has insured status, i.e., has paid in

Affidavit of Special Agent Christopher S. Jones - 8
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | sufficient FICA taxes. An individual meets the definition of disability if he/she is so disabled
2 | that he/she cannot perform their previous work or any other type of work in the national
3 | economy. This disability or combination of disabilities, must be expected to last for at least
4 | 12 continuous months or result in death.

5 |      44.    The ability of SSA to properly make initial determinations as to both an
6 | applicant's medical and financial eligibility for the SSA disability program is directly
7 | dependent upon SSA's access to accurate and current information regarding that applicant.
8 | Moreover, if an applicant initially is found to be eligible, and therefore becomes a recipient
9 | of disability benefits, SSA's ability properly to determine that recipient's continuing
10 | eligibility, and the correct monthly benefit due that recipient, likewise is directly dependent
11 | upon SSA's ongoing access to accurate and current information regarding that recipient.

12 |      45.    If an individual returns to work, or their medical condition improves, they are
13 | routinely reminded by the SSA of their responsibility to report this information in a timely
14 | manner to the agency so that their monthly benefit amount and/or continuing eligibility can
15 | be evaluated.

16 | **G. Fraudulent Application and Receipt of Social Security Disability Benefits**

17 |      46.    In May 2001, ROSS applied for disability benefits with the SSA and claimed
18 | that he last worked in 1998. However, SSA earnings records for T.M.T. show significant
19 | work and earnings activity for the years 1998, 1999, 2000, and 2001 in which he earned
20 | between $63,000 and $111,000 annually.

21 |      47.    In October 2001, ROSS was approved for disability benefits by the SSA with
22 | diagnoses of cardiovascular and musculoskeletal disorders and received these monthly
23 | disability benefits from approximately November 2001 to September 2017. ROSS received
24 | his last SSA disability check on September 27, 2017.

25 |      48.    During the years of 2001 through 2013, ROSS received these monthly
26 | disability benefit payments, while continuing to engage in work activity and earning
27 | substantial income as T.M.T. during this same time period, which would have made him
28 | ineligible and terminated for such disability benefits, had the SSA known about the work and

Affidavit of Special Agent Christopher S. Jones - 9
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  earnings. Though his reported work activity ended in 2013, ROSS was ineligible for the
2  disability benefits he received between 2013 and September 2017 because he did not
3  establish disability after terminating work activity in 2013.

4        49.      In September 2017, the SSA automatically converted ROSS's disability
5  benefits into retirement benefits due to ROSS reaching full retirement age. SSA records
6  show ROSS is currently receiving these monthly retirement benefits into a KeyBank account
7  ending in 2284 and presently reports to SSA his address as the SUBJECT PREMISES.

8  **H.  Theft of Public Funds**

9        50.      Based on my investigation, ROSS fraudulently applied for, and received, SSA
10 disability benefits under his true identity, while at the same time working and earning
11 substantial income under the identity of T.M.T., thereby making him ineligible for disability
12 benefits under SSA's program rules.

13       51.      On September 4, 2018, the SSA Seattle Regional Office's Center for Disability
14 and Program Services (SSA/CDPS) reviewed this investigation's findings regarding ROSS's
15 2001 application and receipt of disability benefits while working under the T.M.T. identity
16 from 1998 through 2013. SSA/CDPS determined that, had SSA known about ROSS's
17 substantial work activity and earnings (as T.M.T.) at the time of his application in 2001, the
18 SSA would have been determined ROSS to be initially ineligible for disability benefits.

19       52.      Furthermore, SSA/CDPS found that the substantial wages ROSS earned from
20 2001 through 2013 under the T.M.T. identity would have made him ineligible for continuing
21 disability benefits, including through 2017, had the work and/or earnings been truthfully
22 reported to SSA at the time.

23       53.      As a result, SSA/CDPS has determined ROSS was ineligible for disability
24 benefits for the months of October 2001 through August 2017 (which were paid the month
25 following each month benefits owed), including the following specific payments, each made
26 by direct deposit into bank accounts in the ROSS identity:

27

28

Affidavit of Special Agent Christopher S. Jones - 10
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| DATE | AMOUNT |
|---|---|
| May 24, 2017 | $2,076.00 |
| June 28, 2017 | $2,076.00 |
| July 26, 2017 | $2,076.00 |
| August 23, 2017 | $2,076.00 |
| September 23, 2017 | $2,076.00 |

The total loss to SSA due to this ineligibility is $366,038.30.

**I. SSN Misuse, Access Device Fraud, and Aggravated Identity Theft**

54.     Records obtained from financial institutions and credit agencies show ROSS has opened approximately 20 credit accounts with multiple financial institutions since 1997 using the personally identifiable information of T.M.T. and E.T.L. Of these accounts, approximately 11 are still open in the T.M.T. and E.T.L. identities with regular purchases and balance payments occurring as recent as July 2018.

55.     I have reviewed records from JPMorgan Chase Bank ("Chase"), which shows ROSS opened a checking account ending in 3473 ("SUBJECT ACCOUNT") in the T.M.T. identity on December 20, 2001 with Washington Mutual Bank (later purchased by Chase). On the account application, ROSS provided the name, SSN, DOB, and mother maiden name of T.M.T. along with presenting a WA driver's license in the T.M.T identity. At the time of the Chase account opening in 2001, an address of 905 SE 136th Ave, Apt #U6, Vancouver, WA was provided, which was the same address listed on ROSS's Washington State driver's license in 2001.

56.     The SUBJECT ACCOUNT is still an active, open account in the identity of T.M.T. with the MAILBOX being used as the currently reported address.

57.     According to Chase records, within a one-year period, between July 1, 2017 and June 30, 2018, an access device—to wit, a debit card ending in 9454—was used approximately 11 times to access SUBJECT ACCOUNT at a Chase ATM in Vancouver,

Affidavit of Special Agent Christopher S. Jones - 11
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

WA and conduct cash withdrawal transactions totaling over $1,000:

| Transaction Date | Type | City, State | Amount |
|---|---|---|---|
| July 01, 2017 | ATM Withdrawal | Vancouver, WA | $200 |
| July 20, 2017 | ATM Withdrawal | Vancouver, WA | $200 |
| August 4, 2017 | ATM Withdrawal | Vancouver, WA | $100 |
| September 23, 2017 | ATM Withdrawal | Vancouver, WA | $120 |
| October 21, 2017 | ATM Withdrawal | Vancouver, WA | $400 |
| December 30, 2017 | ATM Withdrawal | Vancouver, WA | $40 |
| March 13, 2018 | ATM Withdrawal | Vancouver, WA | $200 |
| May 9, 2018 | ATM Withdrawal | Vancouver, WA | $100 |
| May 28, 2018 | ATM Withdrawal | Vancouver, WA | $100 |
| June 12, 2018 | ATM Withdrawal | Vancouver, WA | $200 |
| June 30, 2018 | ATM Withdrawal | Vancouver, WA | $200 |
| | | **Total** | **$1,860** |

58.     I have reviewed Chase security footage of the above ATM transactions that occurred on March 13, May 9, May 28, June 12, June 30 in the year 2018. This footage shows an individual, with the same physical characteristics and general appearance of ROSS, conducting the cash withdrawals from the SUBJECT ACCOUNT.

**J. Recent Activity by ROSS**

59.     On May 23, 2018, at approximately 1:40 PM PST, the SSA Teleservice Center received a phone call from phone number (503) 895-5282, which was automatically recorded by SSA systems. Phone number (503) 895-5282 is the same number listed on ROSS's October 2016 US Passport renewal application.

60.     I have reviewed the audio recording of this phone call, which lasts approximately 13 minutes. During the call with the SSA employee, ROSS states his name is T.M.T. and provides the correct corresponding identity verification information: DOB, POB,

Affidavit of Special Agent Christopher S. Jones - 12
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   and mother maiden name. The purpose of the phone call concerns what the estimated

2   monthly benefit amount for retirement benefits would be if he applied in the near future.

3        61.     Phone records were obtained from the phone provider, MagicJack, related to

4   phone number (503) 895-5282, which shows this account was used to call SSA on May 23,

5   2018. The account is registered to "Ed Lewis" at the SUBJECT PREMISES address with an

6   initial activation date of November 16, 2009. Historical records show this phone number was

7   also previously registered to a "Tod Mitchell Thomas" at the MAILBOX address. The

8   current MagicJack device assigned to phone number (503) 895-5282 shows a serial number

9   of A921050801D1B0.

10        62.     On July 3, 2018, ROSS applied for, and was issued, a California driver's

11   license in the identity of T.M.T. with the listed address as 4975 Valley West Blvd, Arcata,

12   CA. This address belongs to Red Roof Inn, a hotel chain.

13        63.     Bank statements for the SUBJECT ACCOUNT were reviewed which shows

14   that at an unknown date between June 15, 2018 and July 16, 2018, the SUBJECT

15   ACCOUNT address was changed from the MAILBOX address to the Red Roof Inn address

16   at 4975 Valley West Blvd, Arcata, CA. However, at an unknown date between July 17, 2018

17   and August 14, 2018, the address for the SUBJECT ACCOUNT was reverted back to the

18   MAILBOX address.

19   **K. ROSS's Connection to SUBJECT PREMISES and Subject Vehicle.**

20        64.     On April 24, 2009, ROSS purchased the SUBJECT PREMISES for $215,000

21   in his true identity. According to Clark County, WA Assessor's Office records, ROSS is still

22   the present owner with all 2018 property taxes paid off.

23        65.     The SUBJECT PREMISES address is the current address of record for ROSS

24   with the SSA, Medicare, and currently listed on bank accounts held in the ROSS identity at

25   Bank of America and KeyBank, which are actively used.

26        66.     A search of WA DOL driver/vehicle database, covering the period of 2009 to

27   Present, show ROSS and E.T.L. are the only individuals ever associated with the SUBJECT

28   PREMISES address.

Affidavit of Special Agent Christopher S. Jones - 13
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1       67.    On September 25, 2018, I conducted surveillance outside the SUBJECT

2   PREMISES and observed ROSS driving a vehicle registered in his true identity, a gold 2006

3   Hyundai Sonata with Oregon license plate "445GLA". ROSS remotely opened the garage

4   door to the SUBJECT PREMISES and stored the vehicle inside. I maintained surveillance

5   for several hours outside the SUBJECT PREMISES until the late evening hours and ROSS

6   was not observed leaving the residence.

7   **L. Search Warrant at SUBJECT PREMISES on October 3, 2018**

8       68.    On October 1, 2018, a search warrant for the SUBJECT PREMISES and

9   SUBJECT VEHICLE and an arrest warrant for ROSS was issued in the Western District of

10  Washington by US Magistrate Judge J. Richard Creatura.

11      69.    On October 3, 2018, federal law enforcement agents arrested ROSS at the

12  SUBJECT PREMISES and executed the search warrant at the SUBJECT PREMISES.

13  Evidence of the crimes detailed in this affidavit were located inside, such as identification

14  documents in the T.M.T. and E.T.L. identities and the debit card ending in 9454 belonging to

15  the SUBJECT ACCOUNT. In addition, five additional identities in the names William

16  Smith, Stephen Lewis, Michael Roth, Tim Drulard, and Glenn Cooke were discovered, not

17  previously known to law enforcement, with some of the identities having US passports and

18  driver's licenses bearing ROSS' photo, Social Security cards, and birth/death certificates.

19      70.    While conducting a search of the SUBJECT PREMISES, a significant amount

20  of cash, gold, silver, and rare coins were found unsecured in various parts of the home.

21  Receipts and other documents were discovered throughout the SUBJECT PREMISES that

22  indicate some of the gold, silver, and/or rare coins were purchased from companies such as

23  "Merit Gold & Silver" and "American Precious Metals" as recently as April 2017 in the

24  T.M.T. identity and thus appears to be proceeds and/or derived from the identity theft. The

25  gold, silver, and rare coins discovered were spread in multiple locations throughout the

26  SUBJECT PREMISES and some invoices/receipts were located separately inside the

27  SUBJECT PREMISES. A review of the invoices/receipts show at least some of gold, silver,

28  and/or coins were purchased in both the T.M.T. identity and ROSS identity. Due to the co-

Affidavit of Special Agent Christopher S. Jones - 14
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  mingling of the items, and the fact that the invoices/receipts are not attached or stored with
2  the associated individual gold, silver, or coin, it is not possible at this time to determine what
3  individual pieces of gold, silver, and coin were purchased under his true identity or an
4  assumed identity. It is not currently known what is the current total value of the cash, gold,
5  silver, and rare coins located inside the SUBJECT PREMISES, however one coin alone was
6  identified as having a value of approximately $41,000 and a stack of US currency inside the
7  home amounted to approximately $15,000.

8      71.    Books were also found with titles such as, "How To Disappear Completely and
9  Never Be Found", "How To Launder Money", and news articles referencing concealing
10  financial assets, the Internal Revenue Service's ability to identify/locate financial assets, and
11  law enforcements' ability to flag individuals using facial recognition or those who travel
12  abroad on fake identity documents. This indicates ROSS has researched how to launder and
13  conceal assets from the US Government, potentially to aid in the flight from prosecution or
14  in furtherance of his criminal activity.

15      72.    Inside the SUBJECT PREMISES, several items were found that appear to be
16  counterfeit or altered, such as a US Passport in the identity of T.M.T. that was altered to
17  change the issue and expiration dates in order to make the passports appear to be current and
18  valid. In addition, a Master's degree in Engineering issued by California State Polytechnic
19  University was clearly produced and/or altered to make it appear to belong to the T.M.T.
20  identity. Furthermore, several membership/identity cards bearing ROSS' photo were issued
21  by various organizations such as "World Missions Service" to ROSS's assumed identities.
22  Evidence in the home indicate this organization was ran by one of ROSS' assumed identities,
23  William Smith, which would suggest ROSS was involved in producing this card.

24      73.    Two computers, scanners, printers, and other digital media/storage devices
25  were found in an office inside the SUBJECT PREMISES. Located inside this office was
26  color copies of US passports and driver's licenses that appear to have been cutout and
27  indicate these items are discarded work products or items ROSS may have been using
28  actively to produce fraudulent documentation. In addition, gold seals, lettering, and other

Affidavit of Special Agent Christopher S. Jones - 15
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    identity document-making material was found that are typically used in the production of

2    fraudulent documentation. The computer equipment, scanners, and printers located in the

3    office all appear to be of a quality that indicate these devices were likely used by ROSS in

4    the production or alteration of any fraudulent identity documents or other documentation.

5    Based on my training and experience, individuals will utilize computers and

6    scanning/printing equipment to create counterfeit identity documents to carry out identity

7    fraud and that the evidence of these crimes are typically contained on computers and digital

8    media/storage devices in the possession of these individuals.

9                    **COMMON CHARACTERISTICS FOR FRAUD SCHEME**

10          74.      Based on my training and experience, these crimes are paper intensive and the

11   offenses generate a significant number of receipts and other records. Individuals who engage

12   in this type of identity fraud and financial fraud typically retain their fraudulently obtained

13   identity documents and amass large amounts of documents related to the crimes in their

14   personal possessions and/or premises, where it is perceived to be safe and readily accessible.

15                                      **CONCLUSION**

16          75.      Based on the foregoing, I believe that there is probable cause that evidence,

17   fruits, and instrumentalities of the crimes of Theft of Public Funds in violation of 18 U.S.C. §

18   641; False Statement in Application and Use of Passport in violation of 18 U.S.C. § 1542;

19   Social Security Number Misuse in violation of 42 U.S.C. § 408(a)(7)(B); Access Device

20   Fraud in violation of 18 U.S.C. § 1029(a)(2) and; Aggravated Identity Theft in violation of

21   18 U.S.C. § 1028A(a)(1) are located at the SUBJECT PREMISES, which are more fully

22   described above and in Attachment A.

23   //

24   //

25   //

26   //

27

28

Affidavit of Special Agent Christopher S. Jones - 16
USAO# 2018R00888

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    76.    I therefore request that the Court issue warrants authorizing a search of the

2  SUBJECT PREMISES for the items described in Attachment B, and the seizure and

3  examination of any such items found therein.

4

5

6                                         CHRISTOPHER S. JONES, Complainant

                                          Special Agent

7                                         Social Security Administration

8                                         Office of the Inspector General

9

10  Subscribed and sworn to before me this 5th day of October, 2018.

11

12

13                                        HON. J. RICHARD CREATURA

14                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of Special Agent Christopher S. Jones - 17          UNITED STATES ATTORNEY
USAO# 2018R00888                                              1201 PACIFIC AVENUE, SUITE 700
                                                              TACOMA, WASHINGTON 98402
                                                              (253) 428-3800